UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GORDON P. CONNOR,

Defendant/Third Party Plaintiff,

v.

COMMUNITY FIRST NATIONAL BANK, MARK SMITH, BENJAMIN SMITH and DONALD SMITH,

Third Party Defendants.

CIVIL NO. 00-330 (DSD/JMM)

ORDER

PLEASE TAKE NOTICE that the hearing on Sonnenschein, Nath & Rosenthal's Motion to Withdraw as Counsel of Record for Defendant/Third-Party Plaintiff, Gordon P. Connor, has been rescheduled to commence before the undersigned on October 24, 2000 at **10:30 a.m.** in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: October 17, 2000

JOHN M. MASON
United States Magistrate Judge

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________