UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-CV-330 DSD/JMM

UNITED STATES OF AMERICA,

Plaintiff,

v.

GORDON P. CONNOR,

Defendant/Third Party Plaintiff,

v.

COMMUNITY FIRST NATIONAL BANK, MARK SMITH, BENJAMIN SMITH and DONALD SMITH,

Third Party Defendants.

**STIPULATION OF DISMISSAL AND ORDER**

**IT IS HEARBY STIPULATED AND AGREED,** pursuant to the voluntary agreement of the parties, their attorneys or themselves, acting with full authority, hereby stipulate and agree that the above entitled matter is hereby dismissed with prejudice and on the merits, each party to bear all of its own attorneys' fees, costs, disbursements, and litigation expenses.

Dated: Feb. 27, 2001

**SETH M. COLTON, ESQ.**

Seth M. Colton (#013592X)
6949 Valley Creek Road
Woodbury, Minnesota
ATTORNEY FOR DEFENDANT
GORDON P. CONNOR

FILED MAY 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: april 30, 2001

**MARY TRIPPLER**

M. Trippler

Mary Trippler (#110887)
Assistant U.S. Attorney
U.S. Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
ATTORNEY FOR PLAINTIFF

Dated: 4/27/01, 2001

**JOSEPH A. TURMAN**

Joseph A. Turman (Atty. Id. # ______________)
600 Community First Tower
520 Main Avenue
P. O. Box 110
Fargo, North Dakota 58107
ATTORNEY FOR THIRD PARTY DEFENDANT
COMMUNITY FIRST NATIONAL BANK

Dated: 4/24/01, 2001

**MACKALL, CROUNSE & MOORE, PLC**

Lawrence R. Commers (Atty. Id. # ______________)
Mackall, Crounse & Moore
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402
ATTORNEY FOR THIRD PARTY
DEFENDANTS MARK SMITH, BENJAMIN
SMITH AND DONALD SMITH

**ORDER**

Pursuant to the foregoing stipulation, it is hereby **ORDERED** that the above-entitled matter be dismissed with prejudice and on the merits.

Dated: 5/2, 2001

Richard H. Kyle
United States District Judge